**Order entered October 31, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01091-CR

**DANIEL PAUL RAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 77th District Court**
**Limestone County, Texas**
**Trial Court Cause No. 15487-A**

## ORDER

Before the Court is the October 27, 2022 request of court reporter Judith G. Werlinger for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **November 14, 2022**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE